1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROY SCOTT GRAY,

                           Plaintiff,

        v.

COMMISSIONER OF SOCIAL SECURITY,

                           Defendant.

Case No. C24-5436

**ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS**

13      The Court **GRANTS** Plaintiff's *in forma pauperis* application, Dkt. 1., and **ORDERS:**

14      1.  The Supplemental Social Security Rules of the Federal Rules of Civil Procedure

15  provide that because Plaintiff has electronically filed a complaint seeking review under 42

16  U.S.C. § 405(g), Plaintiff need not serve a summons and a complaint, or file notice of service.

17  The Clerk shall notify Defendant this action has commenced by transmitting a Notice of

18  Electronic Filing to the Social Security Administration's Office of General Counsel and to the

19  United States Attorney of the Western District of Washington.

20      2.  Defendant shall file a certified copy of the Administrative Record and any affirmative

21  defenses within 60 days of the date of this order.

22      DATED this 11th day of June, 2024.

23

Ricardo S. Martinez
United States District Judge